

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-12-00147-CV

IN THE INTEREST OF B.C.S.,
CHILD

----------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Appellant's mother attempted to file a notice of appeal on Appellant's behalf while Appellant was still represented by appointed counsel. Appellant did not sign this notice of appeal.[2] On June 7, 2012, we abated this appeal to have the trial court determine whether Appellant desired to prosecute her appeal. The

---

[1]See Tex. R. App. P. 47.4.

[2]After the time for perfecting an appeal had expired but before the abatement, Appellant's mother attempted to file an amended notice of appeal signed by both Appellant's mother and Appellant.

record from the abatement hearing revealed that Appellant had notice of the hearing but did not appear and that she had never notified her appointed counsel that she wanted to appeal the January 19, 2012 order terminating her parental rights to her son B.C.S.

On July 23, 2012, we notified Appellant that unless she or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal on or before August 2, 2012, the appeal could be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. Appellant did not file a response.

Accordingly, we dismiss this appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DELIVERED: August 23, 2012